No. 66463.—Florea & Co., Inc. *v.* United States, protest 61/13879 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

No. 66464.—Albert Fahner *v.* United States, protest 60/28276(A) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 14, 1962

No. 66465.—J. M. Sutton Sons & Co. *v.* United States, protest 61/7350 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.